Rhett M. Miller, ISB No. 11163
PARSONS, SMITH, STONE,
LOVELAND & SHIRLEY, LLP
137 West 13th Street
P. O. Box 910
Burley, ID  83318
rhett@pmt.org
Telephone: (208) 878-8382
Facsimile:  (208) 878-0146
*Counsel for Defendant Robert Terry Tracy*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: <br><br> MIKE TERRANCE TRACY, <br><br> Debtor. | Case No. 20-40074-JMM <br><br> Chapter 13 |
|---|---|
| KATHLEEN MCCALLISTER, as Chapter 13 Trustee for the above referenced bankruptcy estate, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT TERRY TRACY, <br><br> Defendant. | Adv. Proceeding No. 22-08005-JMM |

**STIPULATION TO HOLD ADVERSARY PROCEEDING IN ABEYANCE**

COMES NOW, Robert Terry Tracy ("Defendant"), and Kathleen McCallister ("Plaintiff" or "Trustee") (collectively Defendant and Plaintiff are referred to as the "Parties") in above captioned adversary proceeding, Case No. 20-40074-JMM (the "Adversary Proceeding"), each by and through counsel, and hereby stipulate to hold this case in abeyance as follows:

History

1. Plaintiff filed the Adversary Proceeding in her role as Chapter 13 Trustee in the

STIPULATION TO HOLD ADVERSARY PROCEEDING IN ABEYANCE– Page 1

above captioned bankruptcy proceeding, Case No. 20-40074-JMM (the "Bankruptcy Case") on January 24, 2022.

2. The Parties have identified the potential need for Plaintiff to amend the Complaint filed in the Adversary Proceeding.

3. Defendant is currently required to file a response herein on or before February 24, 2022.

4. Following recent hearings, the Parties concur that there is a possibility the Bankruptcy Case may be re-converted to a Chapter 7 case in the near future.

5. In an effort to potentially save Plaintiff the cost of amending the Complaint and Defendant the cost of responding to the Complaint and/or amended complaint, the Parties have agreed to hold the Adversary Proceeding into abeyance until April 29, 2022.

## Stipulation

In consideration of the foregoing, the Plaintiff and Defendant hereby stipulate as follows:

6. To hold the Adversary Proceeding in abeyance until April 29, 2022.

7. All deadlines within the Adversary Proceeding shall be tolled during the period of abeyance, effective February 17, 2022. As such, Defendant shall not be required to file a response to the Complaint until May 6, 2022.

8. During the period of abeyance, Plaintiff may, in her discretion, file an Amended Complaint. Defendant shall have fourteen (14) days to respond to an Amended Complaint. The time to respond to any such amended complaint will not start to run until the conclusion of the abeyance period.

DATED February 22, 2022.

PARSONS, SMITH, STONE, LOVELAND & SHIRLEY, LLP

*/s/ Rhett M. Miller*

Rhett M. Miller
Counsel for Plaintiff, Gary L. Rainsdon

OFFICE OF KATHLEEN A. MCCALLISTER

*/s/ Jeffrey P. Kaufman*

Jeffrey P. Kaufman
Attorney for Plaintiff